**Craig A. Crispin, OSB No. 82485**
crispin@employmentlaw-nw.com
**Christopher Morehead, OSB No. 134341**
christopher@employmentlaw-nw.com
**CRISPIN EMPLOYMENT LAWYERS**
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221
Telephone:    503.293.5767
Telefax:       503.293.5766
    Of Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON
Portland Division

| | |
|---|---|
| **SHANNON McCABE,** an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>**TUALITY HEALTHCARE,** a nonprofit Oregon corporation,<br><br>    Defendant. | Civil No. 3:14-cv-00748-MO<br><br>JOINT ALTERNATE DISPUTE RESOLUTION REPORT |

    This report is submitted in compliance with LR 16-4(d).

    1.    Have counsel held settlement discussions with their clients and the opposing party? Yes.

    2.    The parties continue their mediation process and propose additional time to determine if resolution may be achieved through the current mediation process.

Page 1 – JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT    CRISPIN EMPLOYMENT LAWYERS
1834 SW 58th Avenue, Suite 200
Portland, Oregon 97221-1455
Telephone: 503.293.5770

DATED: March 4, 2015.

| | |
|---|---|
| CRISPIN EMPLOYMENT LAWYERS | BULLARD LAW |
| By:  s/ Craig A. Crispin<br>    Craig A. Crispin, OSB 824852<br>    Of Attorneys for Plaintiff | By:  s/ Megan J. Crowhurst<br>    Megan J. Crowhurst, OSB 132311<br>    Of Attorneys for Defendant<br>    [signature authorized] |